UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NADIRAH MATEEN, ET AL. | CIVIL ACTION |
| VERSUS | NO. 13-6158 |
| MILLER MCCOY ACADEMY FOR MATHEMATICS AND BUSINESS AND FREEDOM SPECIALTY INSURANCE | SECTION "N" (4) |

## ORDER AND REASONS

Presently before the Court is Plaintiffs' Motion to Remand (Rec. Doc. 13). Having carefully considered the parties' submissions, the record in this matter, and applicable law, **IT IS ORDERED** that the motion is **DENIED** for essentially the reasons stated by Judge Zainey in *Hardrick v. Miller-McCoy Academy for Mathematics and Business, et al.,* Civil Action No. 13-6162, Sect. "A" (Rec. Doc. 29).

New Orleans, Louisiana, this 21st day of July 2014.

_____
**KURT D. ENGELHARDT**
**United States District Judge**